UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| QBE SPECIALITY INSURANCE COMPANY, ) | | 2:12-CV-01257-MMD-RJJ |
| Plaintiff, ) | | |
| vs. ) | | ORDER |
| LUXURY MORTGAGE GROUP, *et al.*, ) | | |
| Defendants. ) | | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Extend Time to Serve (#5).

The Court having reviewed the Motion to Extend (#5), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Serve (#5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have sixty (60) days from the date of this Order within which to serve the summons and complaint.

DATED this 14th day of November, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge