March 15, 2013.

DATED this 11th day of January, 2012.

KOLESAR & LEATHAM

By /s/ Matthew J. Christian
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
QBE SPECIALTY INSURANCE COMPANY

**ORDER**

The Court having reviewed Plaintiff's Second Motion to Extend, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Second Motion to Extend Time to Serve is GRANTED. (#9).

IT IS FURTHER ORDERED that Plaintiff shall have up to and including March 15, 2013 within which to serve the summons and complaint.

_____
United States Magistrate Judge

Date: January 14, 2013

1313162.doc                Page 5 of 5